1 | LEE TRAN & LIANG LLP
2 |   James M. Lee (Bar No. 192301)
  |   Cyrus Khojandpour (Bar No. 260233)
3 | 601 S. Figueroa Street, Suite 3900
  | Los Angeles, CA 90017
4 | Tel: (213) 612-8900
  | Fax: (213) 612-3773
5 | Email: james.lee@ltlattorneys.com
  |         cyrus.khojandpour@ltlattorneys.com
6 | Attorneys for Plaintiff
7 | Actuate Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ACTUATE CORPORATION, a California corporation, | CASE NO.: |
|---|---|
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF PLAINTIFF ACTUATE CORPORATION [LOCAL RULE 3-15]** |
| v. | |
| FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation; and DOES 1 through 10, | |
| Defendants. | |

1  Pursuant to Civil Local Rule 3-15, the undersigned certifies that the
2  following listed persons, associates of persons, firms, partnerships, corporations
3  (including parent corporations) or other entities (i) have a financial interest in the
4  subject matter in controversy or in a party to the proceeding, or (ii) have a non-
5  financial interest in the subject matter or in a party that could be substantially
6  affected by the outcome of this proceeding:

     1. Defendant Federated Mutual Insurance Company
     2. Plaintiff Actuate Corporation.

DATED: June 12, 2014        LEE TRAN & LIANG LLP

By _____
   James M. Lee
   Cyrus Khojandpour
   Attorneys for Plaintiff
   Actuate Corporation