1  LEE TRAN & LIANG LLP
     James M. Lee (Bar No. 192301)
2    Cyrus Khojandpour (Bar No. 260233)
   601 S. Figueroa Street, Suite 3900
3  Los Angeles, CA 90017
   Tel: (213) 612-8900
4  Fax: (213) 612-3773
   Email: james.lee@ltlattorneys.com
5           cyrus.khojandpour@ltlattorneys.com

6  Attorneys for Plaintiff
   Actuate Corporation
7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13

14

15 | ACTUATE CORPORATION, a California corporation, | CASE NO.:
16 | Plaintiff, | **PLAINTIFF ACTUATE CORPORATION'S CORPORATE DISCLOSURE STATEMENT [FED. R. CIV. PROC. 7.1]**
17 | |
18 | v. |
19 | FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation; and DOES 1 through 10, |
20 | |
21 | Defendants. |
22 | |
23

24

25

26

27

28

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT [FRCP 7.1]

1  Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned, counsel
2 of record for Plaintiff Actuate Corporation, certifies that it has no parent
3 companies.
4  Upon information and belief, there is no publicly traded company with a
5 greater than 10% ownership interest in plaintiff Actuate Corporation.
6
7 DATED:  June 12, 2014                LEE TRAN & LIANG LLP
8
9  By _____
   James M. Lee
10   Cyrus Khojandpour
   Attorneys for Plaintiff
11   Actuate Corporation
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-