LEE TRAN & LIANG LLP
  James M. Lee (Bar No. 192301)
  Cyrus Khojandpour (Bar No. 260233)
601 S. Figueroa Street, Suite 3900
Los Angeles, CA 90017
Tel: (213) 612-8900
Fax: (213) 612-3773
Email: james.lee@ltlattorneys.com
          cyrus.khojandpour@ltlattorneys.com

Attorneys for Plaintiff
Actuate Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACTUATE CORPORATION, a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation; and DOES 1 through 10,<br><br>　　　　　　Defendants. | CASE NO.: 4:14-cv-02736-PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE TRANSFER OF VENUE** |

JOINT STIPULATION

# **JOINT STIPULATION AND [~~PROPOSED~~] ORDER**

TO THE COURT, EACH PARTY AND TO THE ATTORNEY OF RECORD OF EACH PARTY IN THIS ACTION:

PLEASE TAKE NOTICE that Plaintiff Actuate Corporation ("Actuate") and Defendant Federated Mutual Insurance Company ("Federated"), stipulate as follows:

WHEREAS Federated filed is Motion to Transfer ("Motion") on July 3, 2014;

WHEREAS Federated's Motion seeks a transfer of venue from this court to the Northern District of Texas, Dallas Division pursuant to 28 U.S.C. § 1404(a);

WHEREAS Actuate's Opposition to said Motion is due to be filed on July 17, 2014;

WHEREAS Actuate contends that venue is proper in the Northern District of California;

IT IS THEREFORE HEREBY AGREED AND STIPULATED as follows:

1. In the interests of efficiency and judicial economy, the parties hereby agree to the transfer of this action to the Northern District of Texas, Dallas Division;
2. Federated hereby agrees to withdraw its Motion to Transfer, currently set for hearing on August 20, 2014.

DATED: July 17, 2014            PORTER | SCOTT A Professional Corporation

By     /s/ Michael W. Pott
   Michael W. Pott
   Attorney for Defendant
   Federated Mutual Insurance Company

```
DATED: July 17, 2014            LEE TRAN & LIANG LLP


                                By    /s/ James M. Lee
                                    James M. Lee
                                    Cyrus Khojandpour
                                    Attorneys for Plaintiff
                                    Actuate Corporation
```

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __July 18_____, 2014


_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

-2-

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from Amanda L. Morgan which shall serve in lieu of his signature on the document.

DATED:  July 17, 2014           LEE TRAN & LIANG LLP

By_____/s/ James M. Lee_____
James M. Lee
Cyrus Khojandpour
Attorneys for Plaintiff
Actuate Corporation

-3-

-3-

JOINT STIPULATION