UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ACTUATE CORPORATION, a California Corporation, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:14-CV-2618-G |
| FEDERATED MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Local Rule 83.10(a) requires the appearance of local counsel where counsel of record for a party does not reside in this district. Accordingly, within **twenty days** of this date, the plaintiff shall file the entry of appearance of local counsel satisfying the requirements of Local Rule 83.10(a). Failure to do so will result in dismissal without prejudice of this case without further notice.

**SO ORDERED**.

July 24, 2014.

_____
**A. JOE FISH**
**Senior United States District Judge**