UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ACTUATE CORPORATION, a California Corporation | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:14-CV-2618-G |
| FEDERATED MUTUAL INSURANCE COMPANY | ) ) ) | |
| Defendant. | ) | |

### ORDER

Local Rule 83.10(a) requires the appearance of local counsel where counsel of record for a party does not reside in this district. Accordingly, within **twenty days** of this date, the defendant shall file the entry of appearance of local counsel satisfying the requirements of Local Rule 83.10(a). Failure to do so will subject the defendant to the entry of default judgment without further notice.

**SO ORDERED**.

July 24, 2014.

_____
**A. JOE FISH**
**Senior United States District Judge**