UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ACTUATE CORPORATION, a California Corporation, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:14-CV-2618-G |
| FEDERATED MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## STANDING ORDER OF REFERENCE

Under authority of 28 U.S.C. § 636(b), *ALL* discovery matters in this case are

hereby **REFERRED** to **United States Magistrate Judge David L. Horan** for a

hearing, if necessary, and for determination.

**SO ORDERED**.

July 24, 2014.

A. JOE FISH
**Senior United States District Judge**