# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*Dallas Division*

ACTUATE CORPORATIO, a California Corp
_____
Plaintiff

v.

FEDERATED MUTUAL INSURANCE COM[+]
_____
Defendant

3:14CV-02618-G-BN
_____
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota Corporation
_____

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Federated Life Insurance Company, Federated Services Insurance Company are affiliated with defendant Federated Mutual Insurance Company, and may have a financial interest in the outcome of the case.

| | |
|---|---|
| Date: | Aug 5, 2014 |
| Signature: | /s/ David G. Henry |
| Print Name: | David G. Henry |
| Bar Number: | 09479355 |
| Address: | 1601 Elm Stree, Suite 4600 |
| City, State, Zip: | Dallas, Texas, 75201 |
| Telephone: | 214-954-4135 |
| Fax: | 214-953-1332 |
| E-Mail: | ghenry@grayreed.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons